906

*John M. Murrell,* for Appellant.
*Botts & Field,* for Appellees.

Edward Zwinggi, *et al.,* Appellants, v. Paul Behrendt, *et al.,* Appellees.

*Randolph Calhoun,* for Appellants.
*J. Irvin Walden,* for Appellees.

Switzerland Holding Company, a Corporation, Appellant, v. Jeanette Selden, *et al.,* Appellees.

*Leon J. C. Harton,* for Appellant.
*Hull, Landis & Whitehair,* for Appellees.

B. P. Scruggs, *et al.,* Appellants, v. Lavinia Sparkman Witt, *et vir,* Appellee.

*Hampton, Bull & Crom,* for Appellants.
*Hill & Hill,* for Appellee.

F. C. Phillips, *et al.,* Plaintiffs in Error, v. State, *ex rel.* P. Q. Ford, Defendant in Error.

*Marion B. Knight, Waller & Pepper* and *B. A. Meginniss,* for Plaintiffs in Error.
*Blake & Taylor,* for Defendant in Error.

Ethel Hill, Appellant, v. Patrick McCaffery, Appellee.

*John J. Twomey,* for the Motion.

Biscayne Kennel Club, Inc., a Florida Corporation, Appellant, v. Jane D. Clark, a widow, *et al.,* Appellees.

*Robert C. Lane* and *Alfred E. Sapp,* for Appellant.
*Evans, Mershon & Sawyer,* for Appellees.

Virginia L. Swann, *et al.,* Appellants, v. L. Maxcy, Inc., a Corporation, Appellee.

*W. D. Bell,* for Appellants.
*F. T. Haskins,* for Appellee.

State, *ex rel.* The First Trust Company of Tampa, Etc., Relator, v. David Sholtz, Etc., *et al.,* Respondents.

*Sutton, Tillman & Reeves,* for Relator.
*Cary D. Landis,* Attorney General, *H. E. Carter* and *James B. Watson,* Assistant Attorneys General, for Respondents.